**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00170-CV

**ERIC DRAKE, Appellant**

**V.**

**CARMEN SIFUENTES, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

## ORDER

We **GRANT** appellant's September 3, 2013 second motion for an extension of time to file a brief. Appellant shall file his brief on or before October 18, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE